UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-41306 |
|---|---|
| CHETAUN NOOKS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040196**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 11 | CASHLAND<br>ATTN BANKRUPTCY<br>100 E THIRD<br>DAYTON, OH  45402 | 62.82 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/15/2010

Certificate of Service             04-41306

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CHETAUN NOOKS | (32.1n) | (11.1) |
| 2227 RUGBY ROAD | BANK OF AMERICA | CASHLAND |
| DAYTON, OH  45406 | 475 CROSSPOINT PKWY | ATTN BANKRUPTCY |
| | GETZVILLE, NY  14068 | 100 E THIRD |
| | | DAYTON, OH  45402 |
| (30.1n) | (23.1n) | |
| CHETAUN NOOKS | STEVEN H PATTERSON | |
| 227 RUGBY RD | LERNER SAMPSON & ROTHFUSS | |
| DAYTON, OH  45406 | BOX 5480 | |
| | CINCINNATI, OH  45201-5480 | |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner           sv